| U. S. MAGISTRATE JUDGE G. R. SMITH | CASES BELOW CALLED FOR: |
| --- | --- |
| UNITED STATES COURTHOUSE | PRELIMINARY HEARING AND |
| 125 BULL STREET - *THIRD FLOOR* | DETENTION HEARING |
| SAVANNAH, GEORGIA | |

## SAVANNAH CRIMINAL CALENDAR

### WEDNESDAY, DECEMBER 6, 2017

### 9:00 A.M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
| --- | --- | --- | --- |
| 4:17MJ119 | DEONTA YOUNG | FELON IN POSS | STAN FITZGERALD (CJA) |
| 4:17MJ104 | ANIMASHAUN COLE | PWID COCAINE | DANIEL JENKINS (CJA) |
| 4:17MJ107 | ANDRE COOPER | DIST COCAINE | MATTHEW MIDGETT (CJA) |
| 4:17MJ113 | LORENZO GRAHAM | DIST COCAINE | BILL BELL (CJA) |
|  | FREDRICK BROWN | DIST COCAINE | ELIZABETH PAVLIS (CJA) |
| 4:17MJ114 | DARRELL MCRAE | DIST COCAINE | JOHN RODMAN (CJA) |
| 4:17MJ115 | EMMITT SCOTT | DIST COCAINE | KATIE BREWINGTON (CJA) |
| 4:17MJ117 | RAYNARD WILLIAMS | DIST COCAINE | COURTNEY LERCH (CJA) |
| 4:17MJ109 | OMESIMUS FRANKLIN | DIST COCAINE | AMIT NAVARE (CJA) |
| 4:17MJ118 | TYRONE WILLIAMS | DIST COCAINE/HEROIN | JONATHAN DEJESUS (CJA) |
| 4:17MJ105 | TRISHON COLLINS | DIST COCAINE/FELON IN POSS | JOHN TONER (CJA) |

DISTRIBUTION DATE: NOVEMBER 29, 2017

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY